429 A.2d 100

Tate v. Tate, Appellant.

Argued April 15, 1980.   Frederick Heintz, Jr., for appellant;  Vincent J. Roskovensky, II, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Decree in divorce affirmed.

429 A.2d 100

Wills v. Wills, Appellant.

Argued April 14, 1980.   Samuel R. Sciullo, for appellant; John L. Bailey, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Decree in divorce affirmed.